Hoa T. Cooc, State Bar No. 244716
LAW OFFICES OF HOA T. COOC
212 9th Street, Suite 307
Oakland, CA 94607
Tel: (510) 268-8063
Fax: (510) 271-8221

Attorney for Defendants
ESCALON PLAZA, LLC, MINTON KUNG, and ASTELLA KUNG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ESCALON PLAZA, LLC, MINTON KUNG, ASTELLA KUNG, SICILY PIZZA, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:14-CV-02395-MCE-EFB<br><br>ORDER |

　　　　Pursuant to the parties signed stipulation (ECF No. 16), this action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for eighteen months after the date hereof.

　　　　IT IS SO ORDERED.

Dated:  August 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT